No. 253. THE PEOPLE *v.* GONZÁLEZ.—Appeal from the District Court of Arecibo. Decided October 6, 1910. Judgment affirmed. *Mr. José C. Rodríguez Cebollero* for appellant. *Mr. Jesús M..Rossy, fiscal,* for respondent.

———

No. 471. CALAF ET AL *v.* CALAF.—Appeal from the District Court of Arecibo. Motion of the respondents to reargue the case on certain questions of law. Decided October 6, 1910. Motion sustained. *Messrs. Eduardo Acuña* and *Carlos López de Tord* for petitioner. *Messrs. Antonio Alvarez Nava* and *C. M. Boerman* for respondent.

———

Nos. 381-382. PUENTE ET AL. *v.* PUENTE ET AL.—Appeal from the District Court of Ponce. Motion of the appellants that certain affidavits showing the amount involved in the litigation be joined to the transcript of the record to be prepared for purposes of the appeal taken to the Supreme Court of the United States. Decided October 10, 1910. Motion sustained. *Messrs. Harry P. Leake, W. Vincent Robbins* and *Robert H. Todd* for petitioner. *Messrs. López Tord* and *Canales* for respondent.

———

No. 609. MACCORMICK ET AL. *v.* MOLINARI ET AL.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided October 10, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Luis Muñoz Morales* for petitioner. *Mr. Rafael López Landrón* for respondent.